O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONALD SPENCER,

          Plaintiff,

  v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,

          Defendant.

Case No. 2:11-cv-10560-ODW(AGRx)

**ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [44]**

      The Court has received Plaintiff Ronald Spencer's Opposition to Defendant OPM's Motion for Summary Judgment. (ECF No. 44.) But Local Rule 56-2 dictates that any party opposing a motion for summary judgment *must* "serve and file with the opposing papers a separate document containing a concise 'Statement of Genuine Disputes' setting forth all material facts as to which it is contended there exists a dispute necessary to be litigated." Spencer's Opposition contains no such Statement of Genuine Disputes. The Court therefore **STRIKES** Spencer's Opposition as procedurally improper.

/ / /

/ / /

/ / /

/ / /

1    Pursuant to the Court's October 5 Minute Order Continuing Hearing Date and
2 Modifying Briefing Schedule (ECF No. 43), Spencer may file an opposition to OPM's
3 Motion no later than October 22, 2012.
4    **IT IS SO ORDERED.**

6    October 16, 2012

8    _____
9           **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**