O

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10

11 | RONALD SPENCER,                         | Case No. 2:11-cv-10560-ODW(AGRx)
12 |                    Plaintiff,            | **ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [44]**
13 |         v.
14 | UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,
15 |                    Defendant.

16

17      The Court has received Plaintiff Ronald Spencer's Opposition to Defendant
18 OPM's Motion for Summary Judgment.  (ECF No. 44.)  But Local Rule 56-2 dictates
19 that any party opposing a motion for summary judgment *must* "serve and file with the
20 opposing papers a separate document containing a concise 'Statement of Genuine
21 Disputes' setting forth all material facts as to which it is contended there exists a
22 dispute necessary to be litigated."  Spencer's Opposition contains no such Statement
23 of Genuine Disputes.  The Court therefore **STRIKES** Spencer's Opposition as
24 procedurally improper.
25 / / /
26 / / /
27 / / /
28 / / /

1  Pursuant to the Court's October 5 Minute Order Continuing Hearing Date and
2  Modifying Briefing Schedule (ECF No. 43), Spencer may file an opposition to OPM's
3  Motion no later than October 22, 2012.
4  **IT IS SO ORDERED.**

6  October 16, 2012

8  _____
9         **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**

2