# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-10560-ODW(AGRx) | Date | October 22, 2012 |
|---|---|---|---|
| Title | Ronald Spencer v. United States Office of Personnel Management | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:**     ( In Chambers):     Order to Show Cause re Case Settlement

The Court was made aware a settlement has been reached in the above case [47]. An OSC is set for December 10, 2012 at 1:30 p.m. If the Court does not receive a dismissal and proposed order **BEFORE** the hearing, you are required to appear.

However, the OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

                                                                    :    00

                                        Initials of Preparer        se